USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 2 1 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CATHERINE VIEIRA,

                Plaintiff,

         -v-

HEINEKEN USA, INC.,

                Defendant.
-------------------------------------------------------------------X

13 Civ. 00570 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       On August 5, 2013, Plaintiff in the above-captioned case submitted a letter asking the Court to quash Defendant's subpoena of her former employer, Boehringer Ingelheim Pharmaceuticals, Inc., and seeking a protective order barring Defendant from seeking discovery from any other of her former employers. Dkt. No. 16. On August 20, 2013, the Court held a teleconference with the parties to address those requests. For the reasons stated on the record during that teleconference, Plaintiff's request to quash the subpoena is GRANTED, and Defendant may serve a narrower subpoena consistent with the Court's ruling. Plaintiff's request for a protective order is also GRANTED. However, if Defendant learns of additional information suggesting that discovery from another of Plaintiff's former employers would be "reasonably calculated to lead to the discovery of admissible evidence," Fed. R. Civ. P. 26(b)(1), Defendant may seek the Court's approval for such discovery.

       Additionally, upon consideration of the parties' request during the teleconference to adjourn discovery by 30 days, it is hereby ORDERED that all fact discovery shall be completed by **October 18, 2013.** It is further ORDERED that the status conference currently set for September 27, 2013 is reset to **October 25, 2013,** at **10:30 AM.** Counsel for the parties shall appear at that time and date in Courtroom 906 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York.

       SO ORDERED.

Dated: August 21, 2013
       New York, New York

                                          _____
                                          ALISON J. NATHAN
                                          United States District Judge